ORIGINAL

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANCISCO JAVIER FRANCO PERALTA (1)<br>STEVEN DEAN ANTHONY (2)<br>SHARRON RENE ARNOLD (3)<br>JUSTIN DUANE BAKER (4)<br>CHRISTOPHER BOISSE (5)<br>JUAN CARLOS BONILLA (6)<br>  aka "Flacco"<br>DONALD PAUL BREWER (7)<br>  aka "Donnie"<br>TAMMY LOUISE CRAWFORD (8)<br>  aka "Chase"<br>JACOB THOMAS DECKER (9)<br>STEWART ALBERT ELIZARDO (10)<br>MICHAEL ALLEN GIBBS (11)<br>FELIX GUILLEN (12)<br>ALLEC SHANIA HAMM (13)<br>KRISTIAN BRIAN HARGROVE (14)<br>MICHAEL WAYNE HOUGH (15)<br>MONTE JAMES LALUMIA (16)<br>MASON SCOTT MCCORMICK (17)<br>  aka "Hollywood"<br>JOSEPH FLOYD MITCHELL (18)<br>ANGELINA LUNA PERALTA (19)<br>NOEL RANGEL BARCO (20)<br>AMIE DAWN SANMIGUEL (21)<br>DARRYL ALAN SIMS (22)<br>JAMES KEITH SMITH (23)<br>  aka "Jimmy Smith"<br>RIKKI LEE THOMPSON (24)<br>  aka "Rikki Bobby"<br>ANTONIO VALLE (25)<br>  aka "Chuck" and "Chucky" | **FILED UNDER SEAL**<br><br>NO. 3:19-CR-630-B<br><br>**(Supersedes Indictment returned on December 3, 2019)**<br><br><br><br>The first defendant was previously indicted; the following 24 are listed in alphabetical order, as opposed to culpability or hierarchy. |

Superseding Indictment—Page 1

## SUPERSEDING INDICTMENT

The United States Grand Jury charges:

### Introduction

1. At all times relevant to the Superseding Indictment, the defendants were members of, associated with, or performed drug transactions with various white supremacists organizations or individuals, including the "Aryan Circle," the "Aryan Brotherhood of Texas" ("ABT") and the "Peckerwoods" and engaged in a conspiracy to distribute methamphetamine and other illegal narcotics throughout the Northern District of Texas and elsewhere.

### Criminal Organizations

2. The Aryan Circle was a white supremacist gang based primarily in Texas. The Aryan Circle prison gang formed when certain ABT members splintered off to form what they believed was a more ideologically pure group. Aryan Circle members believed in the complete separation of the races. The Aryan Circle was also an organized crime group, but, in recent years, its white supremacy ideology often took a backseat to traditional criminal ventures, such as drug-dealing.

3. The ABT was a white supremacist gang based in Texas. The ABT originated in Texas prisons in the 1980s. The ABT offered protection to Caucasian inmates if they joined the gang. Over time, the ABT expanded and maintained a presence outside of prisons. ABT members referred to the gang as the "family." The ABT was also an organized crime group that put its "business" interests ahead of

ideology in recent years. These business interests often take the form of criminal ventures, including drug-dealing.

4. The term "Peckerwood" was often used to describe an individual who, although not as a member, shared a white supremacist ideology or aligned his or herself, with other white supremacist organizations, such as the Aryan Circle or ABT. Individuals often resisted or denied membership with those groups because confirmed or documented membership typically resulted in administrative segregation within the Texas Department of Criminal Justice or other prison systems. This was typically viewed by prisoners as a less desirable way in which to serve prison time. Nonetheless, these individuals sought to indicate where their alliances resided through their identification as a "Peckerwood." Members were often referred to collectively as "Peckerwoods" or the "Wood Pile." Female members were often referred to as "Featherwoods." Other white supremacist organizations, such as the Aryan Circle or ABT also often referred to their members as "Peckerwoods" or "Woods." Despite their alliances with other white supremacists, the white supremacy ideology of "Peckerwoods" often takes a backseat to traditional criminal ventures, such as drug-dealing.

5. Despite their differences, the Aryan Circle, ABT, and "Peckerwoods" often collaborate with each other and with Mexican gangs and cartels for purposes of drug distribution or other illegal ventures.

6. The Texas Syndicate was established in the 1970s and is a mostly Texas-based prison gang that only allows Hispanics as members. Despite this, The Texas

Syndicate engaged in drug trafficking with other groups and individuals outside of the gang.

## Defendants

At all times relevant to this Superseding Indictment:

7. Up to four of the above listed defendants, including **Sharron Rene Arnold, Donald Paul Brewer, aka "Donnie," Monte James Lalumia,** and **Amie Dawn Sanmiguel**, were members or close associates of the Aryan Circle.

8. Up to two of the above listed defendants, including **Justin Duane Baker** and **James Keith Smith, aka "Jimmy Smith,"** were members or close associates of the ABT.

9. Up to two of the above-listed defendants, including **Michael Allen Gibbs, aka "Bubba"** and **Michael Wayne Hough**, were members or close associates of the Peckerwoods.

10. Defendant **Antonio Valle, aka "Chuck" and "Chucky,"** was a member of the Texas Syndicate.

Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

11. The allegations contained in paragraphs 1 through 10 are realleged and fully incorporated herein.

The Conspiracy

12. Between in or about June 2017, and in or about February 2020, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Francisco Javier Franco Peralta, Steven Dean Anthony, Sharron Rene Arnold, Justin Duane Baker, Christopher Boisse, Juan Carlos Bonilla, aka "Flacco," Donald Paul Brewer, aka "Donnie," Tammy Louis Crawford, aka "Chase," Jacob Thomas Decker, Stewart Albert Elizardo, Felix Guillen, Allec Shania Hamm, Kristian Brian Hargrove, Michael Wayne Hough, Monte James Lalumia, Mason Scott McCormick, aka "Hollywood," Joseph Floyd Mitchell, Angelina Luna Peralta, Noel Rangel Barco, Amie Dawn Sanmiguel, Darryl Alan Sims, James Keith Smith, aka "Jimmy Smith," Rikki Lee Thompson, aka "Rikki Bobby,"** and **Antonio Valle, aka "Chuck" and "Chucky"** did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. § 841(b)(1)(A).

## Manner and Means of the Conspiracy

During the conspiracy as alleged herein, it was part of the conspiracy that one or more of the defendants and conspirators[1] would:

13. Arrange for the acquisition of methamphetamine from persons both known and unknown to the Grand Jury.

14. Arrange for the distribution and delivery of methamphetamine to persons both known and unknown to the Grand Jury.

15. Utilize stash houses and other locations to store quantities of methamphetamine.

16. Act as intermediaries and brokers to negotiate the acquisition, price, delivery, and payment for quantities of methamphetamine.

17. Sell or purchase methamphetamine from one another or for other persons known and unknown to the Grand Jury.

18. Utilize cellular telephones to discuss, negotiate, and facilitate drug transactions.

19. Link to one another either directly or through another conspirator and acted as hubs for narcotics trafficking, supplying methamphetamine to numerous other conspirators.

---

1. Certain conspirators did not know the identity of all of the other conspirators and did not know all of the details or all of the activities undertaken by other conspirators. There was no formal agreement entered into by the conspirators, instead, the conspirators entered into the conspiracy through their actions and drug transactions.

## Counts Two through Twenty-Five
### Possession with Intent to Distribute a Controlled Substance
### (Violation of 21 U.S.C. § 841(a)(1))

20. The allegations contained in paragraphs 1 through 19 are realleged and fully incorporated herein.

21. On or about the dates listed below, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants listed below, did knowingly possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1), the penalty for which is found at 21 U.S.C. § 841(b)(1)(C).

| Count | Defendant | On or About Date |
|---|---|---|
| 2 | Francisco Javier Franco Peralta | November 14, 2019 |
| 3 | Steven Dean Anthony | June 24, 2019 |
| 4 | Sharron Rene Arnold | May 2, 2019 |
| 5 | Justin Duane Baker | January 28, 2019 |
| 6 | Christopher Boisse | September 26, 2019 |
| 7 | Juan Carlos Bonilla, aka "Flacco" | July 1, 2019 |
| 8 | Donald Paul Brewer, aka "Donnie" | September 24, 2019 |
| 9 | Tammy Louise Crawford, aka "Chase" | May 7, 2019 |
| 10 | Jacob Thomas Decker | June 3, 2019 |
| 11 | Stewart Albert Elizardo | June 4, 2019 |
| 12 | Felix Guillen | September 24, 2019 |
| 13 | Allec Shania Hamm | April 16, 2019 |
| 14 | Kristian Brian Hargrove | April 10, 2019 |
| 15 | Michael Wayne Hough | November 13, 2019 |
| 16 | Monte James Lalumia | April 30, 2019 |
| 17 | Mason Scott McCormick, aka "Hollywood" | October 29, 2018 |
| 18 | Joseph Floyd Mitchell | February 12, 2019 |
| 19 | Angelina Luna Peralta | November 14, 2019 |
| 20 | Noel Rangel Barco | June 3, 2019 |
| 21 | Amie Dawn Sanmiguel | April 30, 2019 |
| 22 | Darryl Alan Sims | May 28, 2019 |
| 23 | James Keith Smith, aka "Jimmy Smith" | March 5, 2019 |
| 24 | Rikki Lee Thompson | June 3, 2019 |
| 25 | Antonio Valle, aka "Chuck" & "Chucky" | June 4, 2019 |

<u>Count Twenty-Six</u>
Possession of a Firearm by a Convicted Felon
(Violation of 18 U.S.C. §§ 922(g)(l) and 924(a)(2))

22. The allegations contained in paragraphs 1 through 21 are realleged and fully incorporated herein.

23. On or about September 24, 2019, in the Dallas Division of the Northern District of Texas, the defendant, **Michael Allen Gibbs, aka "Bubba,"** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is a felony offense, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Sig Sauer, model SP2022, 9 millimeter pistol, bearing serial number 24B134859.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## Count Twenty-Seven
### Possession with Intent to Distribute a Controlled Substance
### (Violation of 21 U.S.C. § 841(a))(1))

24.  The allegations contained in paragraphs 1 through 23 are realleged and fully incorporated herein.

25.  Between on or about September 24, 2018, and on or about September 24, 2019, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Michael Allen Gibbs, aka "Bubba,"** did knowingly possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of 21 U.S.C. § 841(a)(1), the penalty for which is found at 21 U.S.C. § 841(b)(1)(C).

<u>Forfeiture Notice</u>
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461
and 18 U.S.C. § 924(d) and 21 U.S.C. § 853(a))

26. Upon conviction for any of Counts One through Twenty-Seven, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461, 18 U.S.C. § 924(d), and 21 U.S.C. § 853(a), the defendants, **Francisco Javier Franco Peralta, Steven Dean Anthony, Sharron Rene Arnold, Justin Duane Baker, Christopher Boisse, Juan Carlos Bonilla, aka "Flacco" Donald Paul Brewer, aka "Donnie," Tammy Louis Crawford, aka "Chase," Jacob Thomas Decker, Stewart Albert Elizardo, Michael Allen Gibbs, aka "Bubba" Felix Guillen, Allec Shania Hamm, Kristian Brian Hargrove, Michael Wayne Hough, Monte James Lalumia, Mason Scott McCormick, aka "Hollywood," Joseph Floyd Mitchell, Angelina Luna Peralta, Noel Rangel Barco, Amie Dawn Sanmiguel, Darryl Alan Sims, James Keith Smith, aka "Jimmy Smith," Rikki Lee Thompson, aka "Rikki Bobby,"** and **Antonio Valle, aka "Chuck" and "Chucky,"** shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the respective offense; and any property, real or personal, used or intended to be used, in any manner or part, to commit or facilitate the commission of the respective offense. This specifically includes, but is not limited to, the following:

1. a Charter Arms .38 Special handgun, serial number 966042, and five rounds of ammunition (as to **Crawford**);

2. a Ruger .40 caliber handgun, model P94, serial number 34061490, and two magazines (as to **Crawford**);

3. an M&P 9 mm handgun, serial number 4ZU6308, and one magazine (as to **Crawford**);

4. a KelTec 9 mm handgun, serial number A4J79 (as to **Crawford**);

5. a Derringer .38 Special handgun, serial number L68395, and two rounds of ammunition (as to **Crawford**);

6. a Heritage .22 caliber rifle, model Rough Rider, serial number AZ50341 (as to **Crawford**);

7. a Smith & Wesson .380 handgun, model Body Guard, serial number EBB9986, and one magazine (as to **Crawford**);

8. a Henry Arms .22 caliber rifle, serial number IHEA104 (as to **Crawford**);

9. a Sig Sauer .9mm handgun, model #SP2022, serial number 24B134859, and 14 rounds of ammunition (as to **Gibbs**);

10. a Taurus .38 Special handgun, serial number 11210806 (as to **Gibbs**);

11. a Smith & Wesson handgun, serial number 7D09773 (as to **Gibbs**);

12. a Springfield 9mm handgun, model XDS-9, serial number S3918112, and ammunition (as to **Hough**);

13. a Crescent Firearms 20 gauge shotgun, serial number 793163 (as to **Hough**);

14. a Springfield Armory .45 caliber handgun, model XD-45, serial number MG604700 (as to **McCormick**);

15. a Taurus .40 caliber handgun, model 740, serial number S1Y98864 (as to **McCormick**);

16. a Russian .32 caliber revolver, model #1895, serial number 189513016 (as to **Valle**);

17. a Squires Bingham .22LR caliber pistol, serial number A389381 (as to **Valle**); and

18. a Luigi Franchi 20 gauge shotgun, serial number 52259 (as to **Valle**).

A TRUE BILL

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia Bar No. 73215
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8680
Facsimile: 214.659.8812
Email: philip.meitl@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

SUPERSEDING INDICTMENT

21 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Count 1)

21 U.S.C. § 841(a)(1)
Possession with Intent to Distribute a Controlled Substance
(Counts 2 - 25)

18 U.S.C. §§ 922(g)(1) and 924(a)(2))
Possession of a Firearm by a Convicted Felon
(Count 26)

21 U.S.C. § 841(b)(1)
Possession with Intent to Distribute a Controlled Substance
(Count 27)

18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 and 18 U.S.C. § 924(d) and
21 U.S.C. § 853(a))
Forfeiture Notice

27 Counts

A true bill rendered

------------------------------------------------------------------------
FORT WORTH                                                    FOREPERSON

Filed in open court this __12__ day of February, 2020.

------------------------------------------------------------------------

**Warrant to be Issued for all Defendants**

------------------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE
Criminal Case Pending:
3:19-CR-00630-B